[No. 21817-1-III.   Division Three.   December 4, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v.
NICHOLAS HOWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-8-01642-8, Ellen K. Clark, J., entered January 17, 2003. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney and Schultheis, JJ.

[No. 50161-5-I.   Division One.   December 8, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ADRIAN G. SASSEN-VAN ELSLOO, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 01-1-01013-4, David A. Nichols, J., entered February 25, 2002. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman and Appelwick, JJ.

[No. 50254-9-I.   Division One.   December 8, 2003.]

*In the Matter of the Marriage of* SLOAN SUE PONOMARCHUK, *Respondent*, and ROBERT NILES KELLEY, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 94-3-05559-7, Suzanne M. Barnett and Richard J. Thorpe, JJ., entered January 18 and March 5, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51002-9-I.   Division One.   December 8, 2003.]

THOMAS G. REGER, *Appellant*, v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-20035-6, Mary Yu, J., entered February 26, 2002. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman and Kennedy, JJ.